IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Reyanna Banks,<br><br>        Plaintiff,<br><br>v.<br><br>BTF3, LLC d/b/a Paper Moon, Imaginary Images, Inc. d/b/a Paper Moon, William Pylairis,<br><br>        Defendant. | Case No. 3:18-cv-00093 |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT PYLIARIS TO RESPOND TO COMPLAINT

AND NOW this ___, day of March, 2018, upon consideration of the Consent Motion for Extension of Time to Answer or Otherwise Respond the Complaint, it is hereby ORDERED that:

1. Defendant Pylairis's Consent Motion is GRANTED; and

2. Defendant Pylairis's shall have until Monday, April 9, 2018, to answer and/or respond to Plaintiff's Complaint in the above-captioned matter.

BY THE COURT:

                                        /s/
                            Henry E. Hudson
                            United States District Judge

Dated: March 20, 2018